within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Dissenting statement by JUSTICE STEVENS, with whom JUSTICE BREYER joins.

In my opinion Teddy I. Moore should be reprimanded for his unprofessional conduct and also admonished that future misconduct of the same sort will be sanctioned more severely.

No. 99M81. KUTSCHKE v. COMMISSIONER OF SOCIAL SECURITY; and

No. 99M82. GREEN v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M83. PRIDE v. MOSES ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 99–658. CASTILLO ET AL. v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 528 U. S. 1109.] Motion of petitioner Graeme Leonard Craddock for leave to proceed further herein *in forma pauperis* granted.

No. 99–696. AMERICAN GRAIN TRIMMERS, INC., ET AL. v. OFFICE OF WORKERS' COMPENSATION PROGRAMS ET AL., 528 U. S. 1187. Motion of respondent Marian Janich for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Seventh Circuit.

No. 99–7476. STEELE v. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [528 U. S. 1148] denied.

No. 99–7492. ABIDEKUN v. DEPARTMENT OF EDUCATION. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [528 U. S. 1148] denied.

No. 99–8171. IN RE ROLAND;
No. 99–8683. IN RE CLAY; and
No. 99–8792. IN RE PATTERSON. Petitions for writs of habeas corpus denied.

No. 99–8151. IN RE FELDER;

No. 99–8278. IN RE BARDELLA;

No. 99–8305. IN RE RUSSEL; and

No. 99–8338. IN RE DELOS REYES. Petitions for writs of mandamus denied.

No. 99–8470. IN RE NAGY. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 99–7961. IN RE SCOTT. Petition for writ of mandamus and/or prohibition denied.

No. 99–929. COOK *v.* GRALIKE ET AL. C. A. 8th Cir. Certiorari granted.

No. 99–1238. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY *v.* BENNETT. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–1240. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL. *v.* GARRETT ET AL. C. A. 11th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 99–971. CHERNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–977. SEBASTIAN ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–1014. JONES ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1029. DARBY *v.* INGALLS SHIPBUILDING, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1052. VERKIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1133. ILLINOIS *v.* BOYER. App. Ct. Ill., 3d Dist. Certiorari denied.